```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
WOLF PERL,                                                          :    16-CV-4304 (ARR)(RML)
                                                                    :
                                            Plaintiff,              :
        -against-                                                   :    NOT FOR
                                                                    :    PRINT OR ELECTRONIC
SPECIALIZED LOAN SERVICING LLC,                                     :    PUBLICATION
                                                                    :
                                            Defendant.              :    ORDER
                                                                    :
------------------------------------------------------------------- X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 25 2017 ★
BROOKLYN OFFICE

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated 10/6/17 from the Honorable Robert M. Levy, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, this case is dismissed with prejudice.

SO ORDERED.

/s/(ARR)
Allyne R. Ross
United States District Judge

Dated: October 23, 2017
       Brooklyn, New York

SERVICE LIST:

Plaintiff's Attorney: Joshua Reid Bronstein

Defendant's Attorney: Jason Andrew McCumber

cc:    Magistrate Judge Robert M. Levy